# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00160-CV

**D & S Gibson Group, LLC; Dante Gibson, and Sharon Gibson, Appellants**

**v.**

**Lone Ranger Capital Investments REIT, LLC; and Trustee Benjamin K. Williams, Appellees**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000639, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants D&S Gibson Group, LLC; Dante Gibson; and Sharon Gibson have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: March 27, 2024